```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12420
   CATHERINE A DAUL
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-0773


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/12/07 and confirmed on 09/14/07.

   2.  The case was dismissed after confirmation, 01/25/2008.

   3.  The Debtor paid a total of $    774.00 .

   4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------------
OPTION ONE MTGE            CURRENT MORTG         .00          .00             .00
OPTION ONE MTGE            MORTGAGE ARRE    26992.43          .00             .00
DUPAGE COUNTY COLLECTOR    SECURED               .00          .00             .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED          .00             .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED          .00             .00
CALVARY PORTFOLIO SERVIC   UNSECURED       NOT FILED          .00             .00
CLEAR CHECK INC            UNSECURED       NOT FILED          .00             .00
COMED                      UNSECURED       NOT FILED          .00             .00
CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED          .00             .00
DUPAGE CREDIT UNION        UNSECURED       NOT FILED          .00             .00
FIFTH THIRD BANK           UNSECURED       NOT FILED          .00             .00
FIRST REVENUE ASSURANCE    UNSECURED       NOT FILED          .00             .00
MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED          .00             .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED          .00             .00
NICOR GAS                  UNSECURED       NOT FILED          .00             .00
STEVEN A GREENBERG LTD     UNSECURED       NOT FILED          .00             .00
TELECHECK                  UNSECURED       NOT FILED          .00             .00
TRS RECOVERY SERVICES      UNSECURED       NOT FILED          .00             .00
US CELLULAR                UNSECURED       NOT FILED          .00             .00

CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------------
     Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   26992.43       .00         .00          .00       26992.43
PRINCIPAL PAID           .00        .00         .00          .00            .00
INTEREST PAID            .00        .00         .00          .00            .00
TOTAL PAID               .00        .00         .00          .00            .00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   3500.00 and was paid $     666.00   direct and $     739.17   through the plan.

The Trustee received $     34.83 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/11/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 12420 CATHERINE A DAUL